**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LAURIE WHITE, <br><br> Defendant. | CIVIL FILE NUMBER <br> 7:05-CV-93 (HL) |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eleven sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eight Thousand Two Hundred and Fifty Dollars ($8,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred and Eighty Dollars ($480.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Sk8er Boi," on album "Let Go," by artist "Avril Lavigne " (SR# 312-786);
- "Politically Correct," on album "Now You See Inside," by artist "SR-71" (SR# 283-812);
- "Garden," on album "Ten," by artist "Pearl Jam" (SR# 137-787);
- "Right Here Waiting," on album "Repeat Offender," by artist "Richard Marx" (SR# 103-712);
- "Unskinny Bop," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);
- "All Over You," on album "Throwing Copper," by artist "Live" (SR# 187-926);
- "Bad Religion," on album "Godsmack," by artist "Godsmack" (SR# 241-879);
- "Californication," on album "Californication," by artist "Red Hot Chili Peppers" (SR# 174-922);
- "Stop In Nevada," on album "Piano Man," by artist "Billy Joel" (SR# N-12214);
- "Drop Dead Legs," on album "1984 (MCMLXXXIV)," by artist "Van Halen" (SR# 52-319);
- "It's Still Rock And Roll To Me," on album "Glass Houses," by artist "Billy Joel" (SR# 17-630);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

    SO ORDERED, this the 21st day of February, 2006.


    **s/ Hugh Lawson**
    Hugh Lawson
    United States District Judge